UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 20-CR-01821-JLS |
| Plaintiff, | ) ) ) | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| vs. | ) ) ) | |
| ASHLEY LEAL-GARCIA (1), CORA GARCIA (2) | ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the joint motion of the parties and good cause appearing, IT IS HEREBY ORDERED that the motion hearing/trial setting of March 12, 2021 be continued to April 23, 2021 at 1:30 p.m. Defendants shall file acknowledgements of the new hearing date by April 2, 2021.

The Court further finds excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D) on the grounds of the pending motions to compel discovery filed by each defendant.

**IT IS SO ORDERED.**

Dated: March 10, 2021

Hon. Janis L. Sammartino
United States District Judge

20 CR 1821 JLS