# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY LEAL-GARCIA (1),<br>CORA GARCIA (2)<br><br>Defendants. | ) Case No.  20-CR-01821-JLS<br>)<br>) **ORDER CONTINUING**<br>) **MOTION HEARING/TRIAL**<br>) **SETTING**<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the joint motion of the parties and good cause appearing, IT IS HEREBY ORDERED that the motion hearing/trial setting of April 23, 2021 be continued to May 28, 2021 at 1:30 p.m.  Defendants shall file acknowledgements of the new hearing date by May 21, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial.  Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED.**

Dated:  April 21, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

20 CR 1821 JLS